### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

| | |
|---|---|
| OLYMPIA HOTEL MANAGEMENT, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br> v.<br><br>THE BEND HOTEL DEVELOPMENT COMPANY, LLC, an Illinois limited liability company,<br><br>      Defendant. | Civil Action No.: 2:20-CV-00136-NT |

### DECLARATION OF JERAMEE T. GWOZDZ

In accordance with 28 U.S.C. §1746, Jeramee T. Gwozdz declares under the penalty of perjury:

1. I am over 18 years of age and have personal knowledge of the facts of this declaration.

2. I am an attorney representing The Bend Hotel Development Company, LLC in the above-captioned matter.

3. On May 29, 2020, I visited the Office of the Illinois Secretary of State's online Corporation/LLC/Certificate of Good Standing search tool, located at https://www.ilsos.gov/corporatellc/CorporateLlcController.

4. By searching for Olympia Hotel Management, LLC, I was able to locate an "LLC File Detail Report" for Olympia Hotel Management, LLC.

5. I selected the option to purchase a Certificate of Good Standing for The Bend.

6. After processing payment, a Certificate of Good Standing was generated.

7. The Certificate of Good Standing generated by the Illinois Secretary of State's Office is attached to this Declaration as **Exhibit 1**.

8. The Certificate of Good Standing indicates that Olympia Hotel Management, LLC, a Delaware Limited Liability Company, having obtained admission to transact business in Illinois on May 11, 2018, appears to have complied with all provisions of the Limited Liability Company Act of the State of Illinois, and is as of May 29, 2020, in good standing as a Foreign Limited Liability Company admitted to transact business in the State of Illinois.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2020.

Jeramee T. Gwozdz
Counsel for The Bend Hotel Development Company, LLC