# EXHIBIT 1

File Number        0661241-5



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

OLYMPIA HOTEL MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY HAVING OBTAINED ADMISSION TO TRANSACT BUSINESS IN ILLINOIS ON MAY 11, 2018, APPEARS TO HAVE COMPLIED WITH ALL PROVISIONS OF THE LIMITED LIABILITY COMPANY ACT OF THIS STATE, AND AS OF THIS DATE IS IN GOOD STANDING AS A FOREIGN LIMITED LIABILITY COMPANY ADMITTED TO TRANSACT BUSINESS IN THE STATE OF ILLINOIS.



***In Testimony Whereof,*** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this   29TH day of       MAY      A.D.    2020   .

*Jesse White*

SECRETARY OF STATE

Authentication #: 2015003032 verifiable until 05/29/2021
Authenticate at: http://www.cyberdriveillinois.com