| | |
|---|---|
| **From:** | Beitler III, John Paul <jpbeitler@beitlerre.com> |
| **Sent:** | Thursday, April 10, 2014 6:28 PM |
| **To:** | John Schultzel |
| **Cc:** | Beitler, J. Paul; O'Brien, Patrick; Koss, Eileen; jparrino@thompsoncoburn.com; Dan Flaherty; Christopher Howard |
| **Subject:** | RE: River Eagle Hotel Management Agreement (compared with River Eagle Hotel Management Agreement-1).pdf.pdf |

Hi John,

I went over the document this morning with my attorney Jack.

He has / will contact your attorney to wrap things up.

I am around tomorrow if we need to have a call.

- JP

---

**John Paul Beitler III, LEED GA**
Vice President
**Beitler Real Estate Services LLC**
980 North Michigan Avenue
Suite 1225
Chicago, IL 60611
P: 312.768.7000
D: 312.768.7003
F: 312.768.7001
C: 847.477.5225
E: jpbeitler@beitlerre.com
www.BeitlerRE.com

**BEITLER**

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient('s) and may contain privileged and/or confidential information. All messages express views solely of the sender, which are not to be attributed to Beitler Real Estate Services LLC. Unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Beitler Real Estate Services LLC at this email address by sending a reply message with the subject line titled "remove."

---

**From:** John Schultzel [mailto:jschultzel@theolympiacompanies.com]
**Sent:** Monday, April 07, 2014 9:48 AM
**To:** Beitler III, John Paul
**Cc:** Beitler, J. Paul; O'Brien, Patrick; Koss, Eileen; jparrino@thompsoncoburn.com; Dan Flaherty; choward@pierceatwood.com
**Subject:** FW: River Eagle Hotel Management Agreement (compared with River Eagle Hotel Management Agreement-1).pdf.pdf

JP – good morning.
We agree that 2 agreements is the best approach.  We've completed our review and refer you to the attached for outstanding discussion points.  Since key business terms are in order and the issues mostly pertain to legal nuances,  I suggest that we try to get our respective counsels on the phone together to get this document completed.  May I propose this WED, April 9 as I know that works for Chris Howard on our side?

1

Thanks much.  Hope the week treats everyone well.

John

**John Schultzel**
Vice President, Hotel Management
**THE OLYMPIA COMPANIES**
**[t]** 207.874.9990 x108
**[f]** 207.874.9993
**[c]** 207.653.7216

**MAIL TO:**
PO Box 508
Portland, Maine 04112-0508

---

**From:** Beitler III, John Paul [mailto:jpbeitler@beitlerre.com]
**Sent:** Friday, March 28, 2014 1:29 PM
**To:** John Schultzel
**Cc:** Beitler, J.Paul; O'Brien, Patrick; Koss, Eileen; jparrino@thompsoncoburn.com
**Subject:** FW: River Eagle - Hotel Management Agreement

Hi John,

Please see the attached and below. Because there will be two franchises (HP & HH), we presumed two management agreements (one for HP and one for HH).

I am traveling but back next week to try and wrap a document up. Thanks John!

- JP

---

**John Paul Beitler III, LEED GA**
Vice President
**Beitler Real Estate Services LLC**
980 North Michigan Avenue
Suite 1225
Chicago, IL 60611
P: 312.768.7000
D: 312.768.7003
F: 312.768.7001
C: 847.477.5225
E: jpbeitler@beitlerre.com
www.BeitlerRE.com

**BEITLER**

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient('s) and may contain privileged and/or confidential information. All messages express views solely of the sender, which are not to be attributed to Beitler Real Estate Services LLC. Unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Beitler Real Estate Services LLC at this email address by sending a reply message with the subject line titled "remove."

---

**From:** Parrino, Jack L. [mailto:JParrino@thompsoncoburn.com]
**Sent:** Friday, March 28, 2014 12:16 PM
**To:** Beitler III, John Paul

**Cc:** Oakley, James L.
**Subject:** River Eagle - Hotel Management Agreement

JP:

Attached hereto please find a "clean" and "blackline" of the form of Hotel Management Agreement compared to Olympia's draft.  Please note that Section 5.1(b) which deals with the right to terminate based on certain performance benchmarks will need to be clarified as to the timing of termination right after the first 12 months v. the full complete "Fiscal Year".  We can work with Olympia on this point as we finalize the Agreement.  Please let me know if you have any questions.  Thanks,

**Jack L. Parrino**
jparrino@thompsoncoburn.com
P: 312.580.2315
F: 312.782.6273
M: 847.337.2732
**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail

TAX DISCLOSURE: The IRS requires that we inform you that any U.S. federal tax advice in this message (including any attachments) is not intended or written to be used, and cannot be used, to (i) avoid any penalties under the Internal Revenue Code or (ii) promote, market or recommend to another party any transaction, arrangement or other matter.