**EXHIBIT B**

**ORGANIZATION CHART FOR
THE BEND HOTEL DEVELOPMENT COMPANY, LLC**



\* $500,000 contribution of Tom Flanagan will be in the form of debt.

{W6046522.1}