| | |
|---|---|
| **From:** | Mike VanDeHeede <mdv@greatriverproperty.com> |
| **Sent:** | Monday, March 23, 2020 11:14 AM |
| **To:** | Dan Flaherty |
| **Subject:** | Thompson |

Dan,

Please do not ever pay Thompson Coburn. Per Dan Murphy and James Oakley.

M

Sent via the Samsung Galaxy S8 Active, an AT&T 5G Evolution capable smartphone
Get Outlook for Android