**EXHIBIT B**

| | |
|---|---|
| **From:** | Mike VanDeHeede <mdv@greatriverproperty.com> |
| **Sent:** | Wednesday, June 26, 2019 10:01 AM |
| **To:** | Dan Flaherty |
| **Cc:** | Rebecca Reitz |
| **Subject:** | Please pay ASAP |
| **Attachments:** | HSF Invoice.pdf |

Dan,

Please pay immediately.

Mike VanDeHeede
Great River Property Development
1033 7th street Suite 104
East Moline, IL. 61244
309-281-1124 office
309-373-8466 cell
WE HAVE MOVED!