**EXHIBIT C**

| | |
|---|---|
| **From:** | Mike VanDeHeede <mdv@greatriverproperty.com> |
| **Sent:** | Wednesday, February 26, 2020 1:27 PM |
| **To:** | Dan Flaherty |
| **Subject:** | Balance sheet |

Dan,

Please call me ASAP.

309.373.8466.

M

Sent via the Samsung Galaxy S8 Active, an AT&T 5G Evolution capable smartphone
Get Outlook for Android