**From:** Ray Stoddard <ray.stoddard@hyatt.com>
**Sent:** Monday, September 30, 2019 11:25 AM
**To:** John Schultzel; Dan Flaherty; Nicole Snyder
**Subject:** Money

All,

Mike wants $100,000 today.

Please advise.



Ray Stoddard
GENERAL MANAGER
Hyatt Place | Hyatt House Quad Cities
111 Bend BLVD | East Moline, IL | 61244
w: 309.755.6000 | c: 563.529.6929
e: ray.stoddard@hyatt.com

1