| | |
|---|---|
| **From:** | Ray Stoddard <ray.stoddard@hyatt.com> |
| **Sent:** | Thursday, January 9, 2020 11:29 AM |
| **To:** | Rick Martin; John Schultzel |
| **Cc:** | Dan Flaherty; Nicole Snyder |
| **Subject:** | Check |

Per a conversation with Dan Murphy and Mike Vandeheede, Mike needs a check before noon for $9000.00.



**Ray Stoddard**
**GENERAL MANAGER**
Hyatt Place | Hyatt House Quad Cities
111 Bend BLVD | East Moline, IL | 61244
w: 309.755.6000 | c: 563.529.6929
e: ray.stoddard@hyatt.com