UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| OLYMPIA HOTEL MANAGEMENT, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br> v.<br><br>THE BEND HOTEL DEVELOPMENT COMPANY, LLC, an Illinois limited liability company,<br><br>      Defendant. | **Civil Action No. 2:20-cv-136-NT** |

## DECLARATION OF RICHARD MARTIN

I, Richard Martin, hereby declare under oath as follows:

1. I am Director of Operations at Olympia Hotel Management, LLC ("Olympia") and have held that position since 2017. I have worked for Olympia since 2011.

2. I live and work in Maine and did so at all times relevant to this dispute.

3. As Director of Operations, I worked closely with the on-site General Manager of the East Moline / Quad Cities Hyatt (the "Hotel") between June 2019 and the termination of Olympia's contract to manage the Hotel. I served as liaison between the on-site staff supervised directly by the General Manager and the staff at Olympia's home office in Portland, Maine.

4. As Director of Operations, I spoke frequently with Mike VanDeHeede, the representative for The Bend Hotel Development Company, LLC, which owned the Hotel. Mr. VanDeHeede would call me roughly a few times per month to discuss his concerns about specific aspects of the Hotel's operations. I received repeated calls about his displeasure with the Hotel's rates as Mr. VanDeHeede did not understand revenue management and believed rates

12150414.1

should be just set at a high price and left alone. Furthermore, there was much debate regarding the local negotiated John Deere rates, the Hotel's top producing corporate account, which were set at a price that John Deere corporate guidance suggested was producing in the market.

5. Mr. VanDeHeede understood that Olympia and its personnel were located in Maine. During the period in which Olympia managed the Hotel, I visited the Hotel every few months to augment the operational management I provided from Maine with an "on-the-ground" perspective of the Hotel's operations. I would sometimes also meet with Mr. VanDeHeede regarding the Hotel's operations. At one such meeting, the pre-scheduled Annual plan review meeting, Mr. VanDeHeede stated that he did not need to review this as he had done so with the on-site General Manager, and then complained to me about the cost of flights from Portland, Maine to Quad Cities International Airport, the local airport serving the Hotel, and suggested that I instead take the direct flight to Chicago and rent a car.

6. From Maine, I directed the development of the 2020 operating budget for the Hotel. Olympia provided the template for the 2020 operating budget and assisted the General Manager with projecting costs, room rates, occupancy rates, other revenues, and various other elements of the 2020 operating budget.

7. From Maine, I assisted in the development of the 2020 Sales and Marketing Plan for the Hotel. This plan was developed with input from the on-site General Manager as well as Olympia personnel in Maine, including Christine Chapin, Senior Director of Sales, and Anna Henderson, Regional Director of Sales.

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

12150414.1

Dated: June 18, 2020

                                        */s/ Richard Martin*
                                        Richard Martin

12150414.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused a copy of the foregoing pleading to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

Dated:  June 19, 2020

                                               */s/ Kyle M. Noonan*
                                               Kyle M. Noonan
                                               PIERCE ATWOOD LLP
                                               Merrill's Wharf
                                               254 Commercial Street
                                               Portland, ME  04101
                                               Tel:  207.791.1100
                                               knoonan@pierceatwood.com

                                               *Attorneys for Plaintiff Olympia Hotel Management LLC*